UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. APPLEGATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | Case No.  18-cv-03363-VC<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>Re: Dkt. No. 51 |

The motion to remand is denied for various reasons, including that it was improperly filed, does not undermine Monsanto's basis for removal (diversity citizenship), and was filed well after the deadline.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
VINCE CHHABRIA
United States District Judge